STATE OF CONNECTICUT *v.* RICKY ELLIS
(10760)

DALY, O'CONNELL and LAVERY, Js.

Argued May 7—decision released June 8, 1993

*Elizabeth MacKay Inkster,* assistant public defender, with whom, on the brief, was *Richard Emanuel,* assistant public defender, for the appellant (defendant).

*Judith Rossi,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* chief state's attorney, and *Warren Maxwell,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.